IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40513
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WALTER ANTONIO CASTRILLO-ARAUZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-320-1
- - - - - - - - - -
October 22, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

The court-appointed attorneys for Walter Antonio Castrillo-Arauz have filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, Castrillo's court-appointed attorneys are excused from further responsibilities herein and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.